# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ISRA VISION SYSTEMS, INC.**
a Michigan corporation,

        Plaintiff,

v                                                Civil Action No. 1:08-cv-267
                                                Hon. Hugh W. Brenneman, Jr.

**Envirometric Process Controls, Inc.**
a Kentucky corporation,                   LC Case No. 08-0230-CK

        Defendant.

---

| | |
|---|---|
| **KEVIN MANNING (P47595)**<br>**DAVID R. RUSSELL (P68568)**<br>**Foster Zack Little Pasteur &**<br>**Manning, P.C.**<br>Attorneys for Plaintiff<br>2125 University Park Drive, Ste 250<br>Okemos, MI 48864<br>Tel: (517) 706-0000<br>Fax: (517) 706-0500<br>Email: Kevin.manning@fosterzack.com<br>        david.russell@fosterzack.com | **KEVIN J. GLEESON (P30099)**<br>**PATRICIA N. WALTER (P48205)**<br>**Sullivan, Ward, Asher &**<br>**Patton P.C.**<br>Attorneys for Defendant<br>1000 Maccabees Center<br>25800 Northwestern Highway<br>P.O. Box 222<br>Southfield, MI 48075<br>Tel: (248) 746-0700<br>Email: Kgleeson@swappc.com<br>        twalter@swappc.com<br><br>**M. JANICE LINTNER**<br>**Lynch, Cox, Gilman & Mahan, P.S.C.**<br>*Out of State Attorneys for Defendant*<br>500 W. Jefferson Street<br>Louisville, KY 40202<br>Tel: (502) 589-4215<br>Fax: (502) 589-4994<br>Email: jlintner@lcgandm.com |

---

## CONSENT JUDGMENT

At a session of Court held in the City of Grand Rapids, Kent County, Michigan, on Sept. 16, 2008

PRESENT: Hon. Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

The Court having considered the Stipulation of the parties, a Settlement being reached between the parties, a Settlement and Release Agreement being duly executed by the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** judgment is entered against Defendants, Envirometric Process Controls, Inc., to be paid to Plaintiff, ISRA Visions Systems, Inc. in the amount of $75,985 plus costs, interest and actual attorney fees.

/s/ Hugh W. Brenneman, Jr.
Honorable Hugh W. Brenneman, Jr.

**Approved as to form and substance:**

David R. Russell (P68568)
Attorneys for Plaintiff

Kevin J. Gleeson (P30099)
Patricia N. Walter (P48205)
Attorneys for Defendant

FOSTER
ZACK
LITTLE
PASTEUR
&
MANNING,
P.C.
LAWYERS

2